BEFORE THE FIRST DIVISION, FEBRUARY 4, 1965

No. 69060.—Louis Marx & Co., Inc. *v.* United States, protests 64/796, 64/15128, and 64/2615 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69061.—International Models, Inc., and Victory Shipping Co., Inc. *v.* United States, protest 64/6079 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69062.—Louis Marx & Co., Inc., et al. *v.* United States, protests 64/7726, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69063.—Montgomery Ward & Company *v.* United States, protest 63/15495-13702 (Chicago).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature railroad equipment, not chiefly used for the amusement of children, the items marked "A," stipulated to consist of locomotives and other equipment, were held dutiable at 13¾ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for metal articles, having as an essential feature an electrical element or device. The items marked "B," stipulated to consist of nonelectrical miniature railroad equipment, were held dutiable at 19 percent under the provision in paragraph 397, as modified by the Sixth Pro-